IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JASON LOTT,<br><br>                Defendant. | 8:13-CR-278<br><br>ORDER |

      The Court has received a letter from defendant Jason Lott, asking the Court to reconsider its previous order denying Lott's appeal of the Magistrate Judge's order denying his motion to review the Magistrate Judge's previous detention order. *See* filing 30. The Court has construed the letter as a motion to reconsider. Filing 39. Lott has filed this motion pro se. However, he is currently represented by attorneys Jason E. Troia and Stuart J. Dornan. This Court will not entertain a pro se motion filed by a party represented by counsel. *See Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001). Accordingly, Lott's motion will be denied.

      THEREFORE, IT IS ORDERED:

1. Lott's motion to reconsider (filing 39) is denied.

2. The Clerk's Office is instructed to mail of copy of this order to the defendant at his address of record:

      Data# 1132324, Module # 13/2
      Douglas County Department of Corrections
      710 South 17th St
      Omaha, NE 68102

Dated this 2nd day of December, 2013.

                                        BY THE COURT:

                                        John M. Gerrard
                                        United States District Judge