IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>JASON LOTT,<br><br>                Defendant. | 8:13CR278<br><br>**ORDER** |

UPON THE ORAL MOTION OF THE DEFENDANT,

IT IS ORDERED that the Change of Plea hearing is continued to March 4, 2014 at 3:00 p.m. before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

Dated this 31st day of January, 2014.

                                            BY THE COURT:

                                            s/ F.A. Gossett, III
                                            United States Magistrate Judge