IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  vs.<br><br>JASON LOTT,<br><br>            Defendant. | **8:13CR278**<br><br>**ORDER** |

UPON THE MOTION OF THE DEFENDANT, (#44) and no objection from the government,

IT IS ORDERED:

1. The Motion to Continue (#44) is granted.

2. The Change of Plea hearing is continued to March 11, 2014 at 2:00 p.m. before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3. For this defendant, the time between March 4, 2014 and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

4. No further continuances will be granted, absent unusual circumstances.

5. Since this is a criminal case, the defendant must be present, unless excused by the Court.

Dated this 4th day of March, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge