IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13-CR-278 |
| vs. | |
| JASON LOTT, | FINAL ORDER OF FORFEITURE |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture. Filing 74. On May 22, 2014, the Court entered a Preliminary Order of Forfeiture (filing 62) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to violating 21 U.S.C. § 841(a)(1), and his admission of the forfeiture allegation contained in the indictment (filing 1). By way of the Preliminary Order of Forfeiture, the defendant forfeited to the United States his interest in $3,000 in United States currency seized from an Omaha residence and $518 seized from the defendant's vehicle. Filing 1.

As directed by the preliminary order, a Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on May 23, 2014, as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (filing 73) was filed on October 3, 2014. The Court has been advised by the plaintiff that no petitions have been filed, and after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 74) is granted.

2. All right, title, and interest in and to the $3,000 and $518 in United States currency described above, held by any person or entity, are hereby forever barred and foreclosed.

3. The above properties are forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the properties described above in accordance with law.

Dated this 8th day of October, 2014.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge